BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Brigid.Martin@usdoj.gov

Attorneys for United States of America

**FILED**

AUG 02 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00041-05 HSG |
|    Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| DANA LEWIS, | |
|    Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses with prejudice the Indictment returned against defendant

//
//
//
//
//
//
//

NOTICE OF DISMISSAL
CR 15-00041-05 HSG

Dana Lewis in the above-captioned matter. The defendant is not in custody.

DATED: 7/12/17

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Barbara J. Valliere*
BARBARA J. VALLIERE
Chief, Criminal Division

8/2/17

*/s/ Brigid S. Martin*
BRIGID S. MARTIN
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss with prejudice the above-captioned Indictment.

Date: 8/2/17

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

NOTICE OF DISMISSAL
CR 15-00041-05 HSG

2